Form:defch7

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 19−55540−mlo
Chapter: 7

In Re: (NAME OF DEBTOR(S))

| | |
|---|---|
| Steven J. Habib<br>28675 Franklin Rd., Apt 308<br>Southfield, MI 48034 | Paula A. Habib<br>28675 Franklin Rd., Apt 308<br>Southfield, MI 48034 |

Social Security No.:
  xxx−xx−8193                             xxx−xx−1566

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be submitted on the most current official form as mandated by the Judicial Conference of the United States within **14** days from the date the bankruptcy petition was filed:

| | |
|---|---|
| ☐ Application for Individuals to Pay the Filing Fee in Installments | ☐ Schedule E/F |
| ☐ Bankruptcy Petition Preparers Notice, Declaration and Signature | ☐ Schedule G |
| ☑ Chapter 7 Statement of Your Current Monthly Income Form 122A−1 | ☐ Schedule H |
| ☐ Credit Counseling Certificate | ☐ Schedule I |
| ☐ Credit Counseling Certificate − Joint Debtor | ☐ Schedule J |
| ☑ Declaration About an Individual Debtor(s) Schedules | ☐ Schedule J−2 |
| ☐ Declaration under Penalty of Perjury for Non−Individual Debtors | ☑ Schedule A−J |
| ☐ Declaration under Penalty of Perjury for Debtor(s) without an Attorney | ☐ Statement of Attorney for Debtor(s) Pursuant to F.R.Bankr.P.2016(b) |
| ☐ Initial Statement About an Eviction Judgment Against You | ☑ Statement of Financial Affairs |
| ☐ Schedule A/B | ☐ Statement Regarding Authority to Sign and File Petition (Business Only) |
| ☐ Schedule C − Debtor | ☑ Summary of Assets and Liabilities |
| ☐ Schedule C − Joint Debtor | ☐ Tax ID |
| ☐ Schedule D | |

The missing document(s) must be filed on or before **11/14/19**.

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 11/1/19

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                          Eastern District of Michigan
In re:                                                              Case No. 19-55540-mlo
Steven J. Habib                                                     Chapter 7
Paula A. Habib
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0645-2       User: jhawk              Page 1 of 1           Date Rcvd: Nov 01, 2019
                           Form ID: defch7         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2019.
db/jdb          +Steven J. Habib,    Paula A. Habib,    28675 Franklin Rd., Apt 308,    Southfield, MI 48034-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
              R. Soren Andersen    on behalf of Joint Debtor Paula A. Habib rsa.mieb.ecf@att.net
              R. Soren Andersen    on behalf of Debtor Steven J. Habib rsa.mieb.ecf@att.net
                                                                                             TOTAL: 2