**Fill in this information to identify the case:**

Debtor 1    Steven        J.        Habib
               First Name          Middle Name         Last Name

Debtor 2    Paula        A.        Habib
(Spouse, if filing) First Name       Middle Name         Last Name

United States Bankruptcy Court for the:Eastern District of Michigan

Case number 19-55540-mlo
(If known)

Chapter filing under    ☒ Chapter 7    ☐ Chapter 11
                             ☐ Chapter 12    ☐ Chapter 13

## Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[x] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 110.00 | 12/6/2019 |
| $ 110.00 | 1/6/2020 |
| $ 115.00 | 2/6/2020 |
| **Total**   $ 335.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

**Signed on November 04, 2019**



/s/ Maria L. Oxholm

**Maria L. Oxholm**
**United States Bankruptcy Judge**

United States Bankruptcy Court
Eastern District of Michigan

In re:                                                          Case No. 19-55540-mlo
Steven J. Habib                                                 Chapter 7
Paula A. Habib
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0645-2          User: kluce          Page 1 of 1          Date Rcvd: Nov 04, 2019
                             Form ID: pdf01        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2019.
db/jdb          +Steven J. Habib,    Paula A. Habib,    28675 Franklin Rd., Apt 308,    Southfield, MI 48034-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2019 at the address(es) listed below:
          Michael  Stevenson    mstevenson@sbplclaw.com,
           MI15@ecfcbis.com;ms@trustesolutions.net;rschultz@sbplclaw.com
          R. Soren Andersen    on behalf of Attorney R. Soren Andersen rsa.mieb.ecf@att.net
          R. Soren Andersen    on behalf of Joint Debtor Paula A. Habib rsa.mieb.ecf@att.net
          R. Soren Andersen    on behalf of Debtor Steven J. Habib rsa.mieb.ecf@att.net
                                                                            TOTAL: 4