# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

## COVER SHEET FOR AMENDMENTS

**Case Name: <u>Steven J. Habib and Paula A. Habib</u>**   **Case No.: <u>19-55540-mlo</u>**

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- ❑ **Amendment to Petition:**
  - ❑ Name ❑ Debtor(s) Mailing Address ❑ Alias
  - ❑ Signature ❑ Complying with Order Directing the Filing of Official Form(s)
- ❑ **Summary of Your Assets and Liabilities and Certain Statistical Information**
- ❑ **Statement of Financial Affairs**
- ☒ **Schedules and List of Creditors:**
  - ❑ Schedule A/B
  - ❑ Schedule C   ❑ Debtor 2 Schedule C
  - ☒ List of Creditors   ❑ Schedule D   ❑ Schedule E/F  and
    - ☒ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$31.00 Fee Required**, or
    - ❑ Change address of a creditor already on the List of Creditors – **No Fee Required**
  - ❑ Schedule G
  - ❑ Schedule H
  - ❑ Schedule I
  - ❑ Schedule J
  - ❑ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

Additional Details of Amendment(s): _____

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| **Date** 11/14/2019 | **Signature** /s/ R. Soren Andersen |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| **Date** 11/5/2019 | **Signature** /s/ Steven J. Habib |
| **Date** 11/5/2019 | **Signature** /s/ Paula A. Habib |

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**   **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**   **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**   **PLEASE CHANGE TO:**

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

**NAME OF CREDITOR:** Internal Revenue Service
**ADDRESS:** Centralized Insolvency Operations
P.O. 7346
Philadelphia, PA 19101-7346

**NAME OF CREDITOR:** United States Attorney – Civil Divn.
**ADDRESS:** for Internal Revenue Service
211 W. Fort St., Ste. 2001
Detroit, MI 48226-3220