UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN - DETROIT

| | |
|---|---|
| In re Steven J. Habib and Paula A. Habib, Debtors | Case No. 19-55540-mlo |
| | Chapter 7 |
| _____/ | Hon. Maria L. Oxholm |

## CERTIFICATE OF SERVICE

The Undersigned certifies that on the date opposite his signature he served copies of the Cover Sheet for Amendments plus copies of Official Form 309A - Notice of Chapter 7 Bankruptcy Case by mail on

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | United States Attorney – Civil Div'n.<br>for Internal Revenue Service<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226-3220 |

by placing the copies in envelopes, and affixing sufficient first-class postage to the envelopes, and depositing the envelopes in a United States Postal Service mail receptacle in Royal Oak, Michigan.

| | |
|---|---|
| Dated: November 14, 2019 | /s/ R. Soren Andersen<br>R. Soren Andersen (P28001)<br>Attorney for the Debtor<br>3823 Rochester Road<br>Royal Oak, MI 48073<br>Telephone: (248) 435-4994<br>rsa.mieb.ecf@att.net |